**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Olmos Equipment Inc.** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **74-2961799** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**440 Pinn Road**
**San Antonio, TX 78227**
Number, Street, City, State & ZIP Code

**Bexar**
County

**PO Box 769020**
**San Antonio, TX 78245**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.olmosequipment.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **Olmos Equipment Inc.**                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | _____ | | | | _____ | |
| | District | | When | | Case number, if known | |
| | _____ | | _____ | | _____ | |

Debtor  **Olmos Equipment Inc.**
_____
Name

Case number (*if known*) _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor **Olmos Equipment Inc.**
Name

Case number (*if known*) _____

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 12, 2016**
MM / DD / YYYY

**X /s/ Larry Struthoff**
Signature of authorized representative of debtor

**Larry Struthoff**
Printed name

Title **President**

**18. Signature of attorney**

**X /s/ William B. Kingman**
Signature of attorney for debtor

Date **August 12, 2016**
MM / DD / YYYY

**William B. Kingman**
Printed name

**Law Offices of William B. Kingman, PC**
Firm name

**4040 Broadway**
**Suite 350**
**San Antonio, TX 78209**
Number, Street, City, State & ZIP Code

Contact phone **(210) 829-1199**

Email address **bkingman@kingmanlaw.com**

**11476200**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Olmos Equipment Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 12, 2016**      X **/s/ Larry Struthoff**
                                                    Signature of individual signing on behalf of debtor

                                                    **Larry Struthoff**
                                                    Printed name

                                                    **President**
                                                    Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Olmos Equipment Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| James C. Weynand c/o JTJB Enterprises 610 E. Market St. Unit #3216 San Antonio, TX 78205-2740 | Barry McClenahan barry@mclenahanlawfirm.com 210-565-9600 | Professional Services | Contingent Unliquidated Disputed | | | $5,355,474.42 |
| Frost Bank 100 W. Houston San Antonio, TX 78205 | Michael Falk mfalk@frostbank.com 512-473-4960 | LOC | | $2,525,280.18 | $1,103,000.00 | $1,422,280.18 |
| Davis, Cedillo & Mendoza, Inc. 755 E. Mulberry Ave. Ste. 500 San Antonio, TX 78212 | Russell Davis rdavis@lawdcm.com 210-822-6666 | Professional Services | | | | $1,271,005.95 |
| Internal Revenue Service 8700 Tesoro Drive STOP 5340 SANC San Antonio, TX 78217-6207 | Claudia Lopez 210-841-2428 | Payroll Taxes | Unliquidated | | | $536,992.51 |
| Holt CAT 19565  South W.W. White Road San Antonio, TX 78222 | Joe Goodman joe.goodman@holtcat.com 210-5048631 | Trade Debts | | | | $316,166.31 |
| Caterpillar Financial 2120 West End Avenue PO Box 340001 Nashville, TN 37203-0001 | Brian Mott Brian.mott@cat.com 615-341-1772 | Equipment | | $1,445,114.41 | $1,137,450.00 | $307,664.41 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Olmos Equipment Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John Deere Financial** Leasing Dept. PO Box 6600 Johnston, IA 50131-6600 | **Paul M. Whelan** whelan.paul@john deere.com 515-267-3952 | **Equipment** | **Disputed** | | | $229,252.72 |
| **Fuquay, Inc.** PO Box 310946 New Braunfels, TX 78131-0946 | **Nancy Harris** nancyh@fuquay.co m 830-606-1882 | **Trade Debts** | **Disputed** | | | $224,758.39 |
| **Pipelayers, Inc.** 7580 Grissom San Antonio, TX 78251 | **Johnny Becker** jbecker@pipelayer s.com 210-684-7400 | **Trade Debt** | **Disputed** | | | $169,353.15 |
| **John C. Chunn** PO Box 396 1510 Avenue M, Suite 102 Hondo, TX 78861 | **John C. Chunn** john@johnchunnla w.com 830-426-3911 | **Professional Services** | | | | $163,704.80 |
| **Martin Marietta Materials, Inc.** 5710 W. Hausman Rd. Ste. 121 San Antonio, TX 78219 | **Judy Seim** judy.seim@martin marietta.com 210-208-4222 | **Trade Debts** | | | | $123,942.29 |
| **Liberty Mutual Insurance** PO Box 8017 Wausau, WI 54402-8017 | **Melissia Burclaff** melissia.burclaff@l ibertymutual.com 888-281-6105 | **Professional Services** | | | | $123,089.55 |
| **Texas Workforce Commission** 101 E. 15th Street Austin, TX 78778 | **Nora Martinez** 210-256-3018 | **Taxes SUTA** | **Unliquidated** | | | $114,714.09 |
| **Legal Concierge, Inc.** 3975 McCreary Road Allen, TX 75002 | **Lisa Cain** lcain@legallci.com 214-306-2246 | **Professional Services** | | | | $110,830.92 |
| **Lone Star Paving** 11675 Jollyville Suite 150 Austin, TX 78759 | **Ben Carroll** ben@lspaving.com 210-557-3676 | **Trade Debts** | **Disputed** | | | $103,123.00 |
| **National Funding - Wall Funding** 9820 Towne Center Drive Ste. 200 San Diego, CA 92121 | **Amber Diczhazy** adiczhazy@nationa lfunding.com 858-433-2665 | **Business Loan** | **Disputed** | | | $91,329.20 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Olmos Equipment Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Carlos Villareal Construction 9914 Tezel Rd. San Antonio, TX 78254** | **Carlos Villarreal cvcdevine@yahoo.com 210-563-3452** | **Trade Debt** | | | | $62,252.19 |
| **IBTX Risk Services 10101 Reunion Place Suite 100 San Antonio, TX 78260** | **Bryan Moore bmoore@ib-tx.com 210-696-6688** | **Professional Services** | **Disputed** | | | $54,000.00 |
| **Cribley Enterprises, Inc. 12019 Nacogdoches Rd. San Antonio, TX 78217** | **Scott Cribley chris-cei@sbcglobal.net 210-590-1313** | **Trade Debt** | | | | $51,504.63 |
| **SA Quality Fence, Ltd. 13115 Wetmore Rd. San Antonio, TX 78247** | **Jamie White jwhite@qualityfence.com 210-545-6767** | **Trade Debt** | **Disputed** | | | $47,715.36 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

A to Z Tire and Battery
4311 Dividend
San Antonio, TX 78219-2613


Accountemps
PO Box 6000
San Francisco, CA 94160-3484


ACS Expert Pay-Child Support
249 E. Campus View Blvd.
Columbus, OH 43235


ADP, LLC
PO Box 842875
Boston, MA 02284-2875


Aggregarte Haulers
PO Box 65178
San Antonio, TX 78265-5178


Alamo Title Co.
1422 Bandera
San Antonio, TX 78228


Albert Uresti, M.P.A.
Bexar County Tax Assessor
233 N. Pecos La Trinidad
Viste Verde Bldg 2nd Floor
San Antonio, TX 78207


Ally Financial
Payment Processing Center
PO Box 78234
Phoenix, AZ 85062


American Subcontractors Association
1004 Duke St.
Alexandria, VA 22314


APAC Texas, Inc.
1320 Arrow Point Dr. #600
Cedar Park, TX 78613

Arrest-A-Pest
5005 West Ave. Ste. 1105
San Antonio, TX 78213


Arrow Materials, Inc.
PO Box 119
Rio Medina, TX 78066


ASAP Computer Services
13423 Blanco Rd #115
San Antonio, TX 78216


AT&T 019
PO Box 5019
Carol Stream, IL 60197-5019


AT&T Capital Services, Inc.
13160 Collections Center Dr.
Chicago, IL 60693


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-5019


Avery and Company
c/o Law Offices of Keith P. Miller
14350 Northbrook #150
San Antonio, TX 78232


B Wise Environmental Consulting
PO Box 142254
Austin, TX 78714


Baker Corp
PO Box 843596
Los Angeles, CA 90084-3596


Beasley Tire Service
11802 Eastex Freeway
PO Box 11556
Houston, TX 77293


Bexar Environmental Inc.
17788 IH 35
Lytle, TX 78052

Border Construction Services
15943 Bulverde Rd.
San Antonio, TX 78247


Burnin' Bush LLC
10020 N. FM 1560
San Antonio, TX 78254


C-3 Environmental Specialties
132 Nell Deane Blvd.
Schertz, TX 78154-1500


Canyon Lake Water Service Company
PO Box 1687
Canyon Lake, TX 78133


Carlos Villareal Construction
9914 Tezel Rd.
San Antonio, TX 78254


Carquest Auto Parts
PO Box 404875
Atlanta, GA 30384-4875


Cat Financial Capital Solutions
PO Box 905010
Charlotte, NC 28290-5010


Caterpillar Financial
c/o Brian Mott
PO Box 730681
Dallas, TX 75373-0681


Caterpillar Financial
2120 West End Avenue
PO Box 340001
Nashville, TN 37203-0001


Cemex
PO Box 730197
Dallas, TX 75373


City of Castroville
1209 Fiorella St.
Castroville, TX 78009

City of Cibolo
200 S. Main St.
PO Box 826
Cibolo, TX 78108


City of Live Oak Utility
8001 Shin Oak Dr.
Live Oak, TX 78233


City of Poteet
PO Box 378
Poteet, TX 78065


City of San Antonio - SAPD
Alarms Investigation Office
315 S. Santa Rosa
San Antonio, TX 78207


Concentra Occupational Health Centers
PO Box 9005
Addison, TX 75001-9005


Copy Products of San Antonio
PO Box 461085
San Antonio, TX 78246


CPS Energy
P.O. Box 2678
San Antonio, TX 78289-0001


Cribley Enterprises, Inc.
12019 Nacogdoches Rd.
San Antonio, TX 78217


Davis, Cedillo & Mendoza, Inc.
755 E. Mulberry Ave.
Ste. 500
San Antonio, TX 78212


De Lage Landen Financial Svcs
P.O. Box 41602
Philadelphia, PA 19101

Dean Word Company, Ltd.
PO Box 310330
New Braunfels, TX 78131-0330

Dell Marketing L.P.
PO Box 676021
c/o Dell USA L.P.
Dallas, TX 75267-6021

Double J Asphalt Sealant Specialists
PO Box 80
Hondo, TX 78861

Duffin Engine Service
1227 Hallmark
San Antonio, TX 78216-6099

E.J. Ward
PO Box 17888
8801 Tradeway
San Antonio, TX 78217

East Central Special Utility District
PO Box 570
Adkins, TX 78101

Easy Drive
PO Box 19014
Austin, TX 78760

Eggemeyer Land Clearing, LLC
PO Box 312289
New Braunfels, TX 78131

Family Support Registry
PO Box 2171
Denver, CO 80201-2171

FEDEX
PO Box 66048
Dallas, TX 75266

Financial Pacific Leasing, Inc.
PO Box 4568
Federal Way, WA 98063

Firestone Complete Auto Care
6531 NW Loop 410
San Antonio, TX 78238


Flasher Equipment Co.
PO Box 12637
San Antonio, TX 78212


French-Ellison Truck Center, LTD
9010 IH 10 East
Converse, TX 78109


Frost Bank
100 W. Houston
San Antonio, TX 78205


Fuquay, Inc.
PO Box 310946
New Braunfels, TX 78131-0946


GCR Tires and Service
17051 IH-35 North
Schertz, TX 78154


Generations Signs, Inc.
6540 Little Joe Trail
San Antonio, TX 78253


Geo-Solutions, Inc.
7011 B
West Bee Cave Road
Austin, TX 78746


Gonzaba Medical Group
PO Box 843816
San Antonio, TX 78284-3816


Grande Truck Center North
PO Box 33608
San Antonio, TX 78265-3603


Guardian Insurance
PO Box 677458
Dallas, TX 78267-7458

Harris Hardrock Trenching
41651 FM 3159 Unit A
Canyon Lake, TX 78133

Haynes and Boone LLP
112 E. Pecan Ste. 1200
San Antonio, TX 78205

HC Used Parts
PO Box 201240
San Antonio, TX 78220-8325

Hill Country Bridge
PO Box 376
Bulverde, TX 78163

Holt CAT
19565 South W.W. White Road
San Antonio, TX 78222

Holt CAT
PO Box 650345
Dallas, TX 75265-0345

Home Depot Credit Services
PO Box 9001030
Louisville, KY 40290-1030

Hoss Land Services, LLC
515 Kelly Creek Road
Bulverde, TX 78163

Hydradyne, LLC
4235 S. WW White Road
San Antonio, TX 78222-5206

Hydraulic Supply & Service
11015 Iota Drive
San Antonio, TX 78217

IBTX Risk Services
10101 Reunion Place
Suite 100
San Antonio, TX 78260

```
IIX-Insurance Information Exchange
PO Box 27828
New York, NY 10087-7828


Industrial Communiciations
1019 E. Euclide Ave.
San Antonio, TX 78212-4598


Injure Workers' Pharmacy LLC
PO Box 338
Methuen, MA 01844-0338


Internal Revenue Service
8700 Tesoro Drive
STOP 5340 SANC
San Antonio, TX 78217-6207


Internal Revenue Service
Special Procedures Staff
STOP 5022 AUS
300 E. 8th Street
Austin, TX 78701


Jack Janicke, Jr.
14234 Susancrest
San Antonio, TX 78232


James C. Weynand
c/o JTJB Enterprises
610 E. Market St. Unit #3216
San Antonio, TX 78205-2740


John C. Chunn
PO Box 396
1510
Avenue M, Suite 102
Hondo, TX 78861


John Deere Financial
Leasing Dept.
PO Box 6600
Johnston, IA 50131-6600


Johnny Mayfield
12543 Stillwater Creek
San Antonio, TX 78254
```

Jose Mireles
838 SW 37th St.
San Antonio, TX 78237


KBA Self-Funded
PO Box 1843
Indianapolis, IN 46206-1843


L&B Interests
915 Pratt Road
Seguin, TX 78155


L&M Steel
5523 Dietrich Rd
San Antonio, TX 78219


Labor on Demand
4241 E. Piedras Negras Dr.
Ste. 150
San Antonio, TX 78219


Larry D. Struthoff
915 Pratt Road
Seguin, TX 78155


LBJ Fleet Services
Hyden Hwy Hauling
6156 E. FM 1518
Converse, TX 78109


Legal Concierge, Inc.
3975 McCreary Road
Allen, TX 75002


Liberty Mutual Insurance
PO Box 8017
Wausau, WI 54402-8017


Logix Communications
PO Box 3608
Houston, TX 77253-3608


Lone Star Overnight
PO Box 149225
Austin, TX 78714-9225

Lone Star Paving
11675 Jollyville
Suite 150
Austin, TX 78759


LSEC, LLC
DBA Lone Star Erosion
PO Box 2071
Universal City, TX 78148


Lundberg Masonry
26807 IH 10 West, Unit 1
Boerne, TX 78006


M Jacks Fire & Safety Equipment
PO Box 790508
San Antonio, TX 78227


Martin Marietta Materials, Inc.
5710 W. Hausman Rd.
Ste. 121
San Antonio, TX 78219


Matera Paper Company
PO Box 200184
San Antonio, TX 78220


Mel Sawing & Drilling
2858 Fisher Field Dr.
San Antonio, TX 78245


Miguel Velasquez
155 Farrel Dr.
San Antonio, TX 78227


National Funding - Wall Funding
9820 Towne Center Drive
Ste. 200
San Diego, CA 92121


New Braunfels Utilities
PO Box 310289
New Braunfels, TX 78131-0289

Office Depot
PO Box 660113
Dallas, TX 75266-0113

Olmos Companies 1, LLC
915 Pratt Road
Seguin, TX 78155

Olmos Contracting 1, LLC
DBA Smithson Valley Materials
915 Pratt Road
Seguin, TX 78155

Pacesetter Personnel Services
PO Box 2324
Houston, TX 77252-2324

Pacific Life Insurance
PO Box 100418
Pasadena, CA 91189-0418

Pape Dawson Engineers
2000 N.W. Loop 410
San Antonio, TX 78213

Pipelayers, Inc.
7580 Grissom
San Antonio, TX 78251

Pitney Bowes Global Financial Services
PO Box 371887
Pittsburgh, PA 15250-7887

Powerscreen Texas Inc.
2015 West State Hwy 71
La Grange, TX 78945

Quality Equipment Co.
11146 IH 35 North
San Antonio, TX 78233

Raba Kistner Consultants
PO Box 971937
Dallas, TX 75397-1037

Raba Kistner Consultants
12821 West Golden Lane
San Antonio, TX 78249


Randy Harris
850 HWY 46 #5
New Braunfels, TX 78130


RBASE Technologies
3935 Old William Penn HWY
Murrysville, PA 15668-1854


RDO Equipment, Inc.
RDO Trust #80-5800
PO Box 7160
Fargo, ND 58106-7160


Reddy Ice
Pure Party Ice
1106 E. Durango
San Antonio, TX 78210


Registry Monitoring
5703 Corsa Avenue
1st Floor
Thousand Oaks, CA 91362


Reserve Account Postage
PO Box 223648
Pittsburgh, PA 15250-2648


Rigel Printing
PO Box 791
Pflugerville, TX 78660


RX Technology
14220 Northbrook
Ste 500
San Antonio, TX 78232


SA Quality Fence, Ltd.
13115 Wetmore Rd.
San Antonio, TX 78247

Saeo Electric & Utility, LTD
PO Box 841
Helotes, TX 78023


San Antonio Chapter A.G.C of America
10806 Gulfdale
San Antonio, TX 78216-3607


San Antonio Construction News
PO Box 791290
San Antonio, TX 78279


San Antonio Express News
PO Box 80087
Prescott, AZ 86304-9087


San Antonio Water System
PO Box 2990
San Antonio, TX 78299-2990


SBS
PO Box 380768
San Antonio, TX 78268


Seguin Electric Company
1406 N. Austin St.
Seguin, TX 78155


Service Uniform Rental, SA
2580 South Raritan St.
Englewood, CO 80110


Sitech-Tejas
3206 South WW. White Road
San Antonio, TX 78222


Smithson Valley Materials
915 Pratt Road
Seguin, TX 78155


South Texas Power Wash & Striping
229 HWY 46 West
Boerne, TX 78006

State Comptroller of Public Accounts
PO Box 149357
Austin, TX 78714


Statewide Lawn & Landscape
PO Box 533
La Vernia, TX 78121


Statewide Material Transport
PO Box 1080
Manor, TX 78653


Stevens Trucking
DBA Stevens Material
2916 Riverway
Spring Branch, TX 78070


Sunstate Equipment
PO Box 52581
Phoenix, AZ 85072-2581


T-K-O Equipment
PO Box 153389
Irving, TX 75015


Texas Auto Carriers
5765 Bicentennial
San Antonio, TX 78219


Texas Comptroller of Public Accounts
PO Box 149357
Austin, TX 78714-9357


Texas Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-3528


Texas Curb Cut
7705 FM 482
New Braunfels, TX 78132


Texas MedClinic
13722 Embassy Row
San Antonio, TX 78216-2000

```
Texas Workforce Commission
101 E. 15th Street
Austin, TX 78778


Texas Workforce Commission
PO Box 149037
Austin, TX 78714-9037


Texas Workforce Commission
P.O. Box 149037
Austin, TX 78714-9037


Thad Ziegler Glass
PO Box 8298
San Antonio, TX 78209-0298


The Southwell Company
928 N. Alamo St.
San Antonio, TX 78215


Thompson & Thompson
3510 N. Saint Mary's
Ste. 100
San Antonio, TX 78212


Tire Centers, LLC
Store #610
11589 IH 35 N.
San Antonio, TX 78219


Tracy Janicke
14234 Susancrest
San Antonio, TX 78232


Tradesman, LLC
1650 Des Peres Rd
Ste. 303
Saint Louis, MO 63131


Trout Trucking Company
PO Box 260197
San Antonio, TX 78246-0197
```

Tyco Integrated Security, LLC
PO Box 371967
Pittsburgh, PA 15250-7967


U.S. Trustee
P.O. Box 1539
San Antonio, TX 78295-1539


United Healthcare Insurance
Dept. CH 10151
Palatine, IL 60066-0151


United Site Services
PO Box 660475
Dallas, TX 75266-0475


Urban Heating & Air Conditioning
PO Box 900
Spring Branch, TX 78070


US Treasury
Internal Revenue Service
Ogden, UT 84201-0039


Valero Marketing & Supply
Attn: Credit Dept.
PO Box 696000
San Antonio, TX 78269-0600


Virtual Builders Exchange, LLC
4047 Naco Perrin
Ste. 100
San Antonio, TX 78217


Walter J. Vestal
17993 Red Iron
Schertz, TX 78154


Warren Drugan Barrows
800 Broadway
San Antonio, TX 78215-1517


Waste Management
PO Box 660345
Dallas, TX 75266

Welders Supply Company
5406 Jackwood Drive
San Antonio, TX 78238


Wells Fargo Financial Leasing
#901363999
PO Box 106743
Atlanta, GA 30348-5743


Wenzel & Associates
5535 Fredricksburg Road
Ste. 200
San Antonio, TX 78229