IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-51834-cag |
| OLMOS EQUIPMENT, INC, | § | |
| DEBTOR | § | CHAPTER 11 PROCEEDING |

### 3rd INTERIM APPLICATION OF RANDOLPH N. OSHEROW, EXAMINER, FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES (WITH 21-DAY LANGUAGE)

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

Randolph N. Osherow, ("Examiner"), Examiner for Olmos Equipment, Inc., ("Debtor"), files this 3rd Application for Compensation and Reimbursement of Expenses (the "Application").

1. This Court has subject matter jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (B). The statutory predicates for granting the relief sought are 11 U.S.C. § 328 and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure.

2. On September 29, 2016, the Court approved the appointment of an Examiner, Docket entry #99.

3. On October 3, 2016, an Order was entered approving the Appointment of Randolph N. Osherow, as Examiner, Docket entry #105.

4. Applicant is a solo practitioner, licensed in the State of Texas, in the United States District Court and in the Bankruptcy Court in the Western District of Texas, among other courts. Applicant's mailing address is 342 West Woodlawn Avenue, Suite 100, San Antonio, TX 78212, his phone number is (210) 738-3001 ext 212, and his email address is rosherow@hotmail.com.

Applicant, by this Application, seeks interim approval of compensation in the amount

A copy of the proposed Order attached as Exhibit "B"

$5080.00 for professional fees and reimbursement of $292.22 for expenses, resulting in a total award requested of $5,372.22 for services to the Trustee and the Chapter 11 bankruptcy estate of Olmos Equipment, Inc., provided by Applicant for the time period 10/6/2016, through 12/12/2016, (the "Period").

## Availability of Assets

11. Debtor in Possession has set aside $20,000.00 to specifically pay Examiner's fees.

## General Nature of Services Rendered During Period

12. The total value of fees for professional services rendered by Applicant to the Bankruptcy Estate during the Period is compensation in the amount $5080.00 for professional fees and reimbursement of $292.22 for expenses, resulting in a total award requested of $5,372.22. Attached as Exhibit "A" is a summary of the professional services rendered for the Period. Exhibit "A" reflects the number of hours and total value of services expended by the Applicant for the Bankruptcy Estate for the referenced period. These services included in person and phone conferences with interested parties in this case and review of multiple documents of Debtor regarding the assignment in Paragraph 3 of the Order, authorizing an Examiner, Docket #99. The Assignment in Paragraph 3 of the Order, Docket #99 is complete.

13. Applicant's compensation is based upon the hourly rate of $250.00 an hour. The time entries do not involve value billing for a particular project or service or a set fee for a particular task. Applicant has not received a retainer.

14. Applicant's time entries reflect actual hours spent that were necessary and reasonable, and Applicant's efforts as reflected therein have provided tangible benefits to the creditors of the Bankruptcy Estate. The hourly rate by Applicant is lower than the normal rate charged in connection with similar engagements. Applicant has reviewed his billings and, in

such review, has exercised appropriate judgment in an effort to ensure that time and expenses are properly billed.

15. The professional services rendered by Applicant were performed for the benefit of the Chapter 11 Bankruptcy Estate, any individual creditor, or any other person. No agreement or understanding exists between Applicant and any other person with respect to sharing compensation to be received by Applicant for services rendered or to be rendered.

## Evaluation Standards

16. This Application is submitted under §§ 327 and 328 of the Bankruptcy Code and incorporates an analysis of the standards of § 330(a)(1) and the standards set forth in *American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp. of America)*, 544 F.2d 1291 (5th Cir.), *cert. denied*, 431 U.S. 904 (1977), and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), for use by this Court in assessing the reasonableness and propriety of the fees requested.

17. The Supreme Court has held that the most useful starting point for determining a reasonable fee is the lodestar calculation but recognized that courts may examine other considerations. *Hensley v. Eckerhart*, 641 U.S. 424 (1983). However, no one factor is a substitute for multiplying reasonable billing rates by a reasonable estimation of the number of hours expended. *Blanchard v. Bergeron*, 489 U.S. 87, 94 (1989). The resulting product of the lodestar approach is "presumed to be the reasonable fee to which counsel is entitled." *Blum v. Stenson*, 465 U.S. 886, 897 (1984). The Court in *Blum* limited the factors enunciated in *Johnson* that a court may consider in adjusting the lodestar amount, holding that the "novelty and complexity of the issues," "the special skills and experience of counsel," the "quality of representation" and the "results obtained" are presumed to be fully reflected in the lodestar

3

amount. *Id.* at 898-900. Accordingly, the Court must make an initial objective determination of the attorneys' fees by multiplying Applicant's reasonable hourly rate by the number of hours reasonably expended by Applicant in his performing the services to the Bankruptcy Estate. The lodestar amount may be adjusted by taking into account the twelve subjective factors set forth in *Johnson* and its bankruptcy counterpart, *First Colonial*, even though the *Johnson* factors are generally subsumed within the lodestar calculation.

18. In considering the *Johnson* and *First Colonial* factors, Applicant would show the Court as follows:

- a) <u>Time Required and results obtained</u>. Applicant's legal services for the Bankruptcy Estate in this case has required time and effort as indicated by the attached exhibit to be done on an expedited time schedule.
- b) <u>Novelty and difficulty of the questions</u>. The facts involved in this matter did not raise any difficult nor novel issues.
- c) <u>Skill requisite to perform the legal services properly</u>. Applicant submits that the professional services he rendered on behalf of the Bankruptcy Estate required a thorough knowledge of bankruptcy law and liquidation of assets.
- d) <u>Preclusion of other employment</u>. Applicant submits that, his work on behalf of the Bankruptcy Estate did not preclude work on other matters during the entire Period.
- e) <u>Customary fee</u>. Applicant represents that the hourly rate charged is below the rates charged by comparable attorneys in comparable matters.
- f) <u>Time limitations</u>. There was no significant time constraints encountered during the Period.
- g) <u>Experience, reputation and ability of counsel.</u> Applicant represents that he has more than 30 years experience in bankruptcy law.
- h) "Undesirability" factors. Except with respect to the possible time constraints, this case has not been undesirable from Applicant's viewpoint.
- i) <u>Awards in similar cases</u>. Applicant asserts the fees requested in this case are below those charged on an hourly basis allowed by the Court in this and other bankruptcy proceedings in this District. Under the circumstances of this case, the compensation sought is within the reasonable, customary and fair range of compensation as awarded in other such circumstances.

## Conclusion

WHEREFORE, Applicant respectfully requests that the Court enter an order awarding (i) interim compensation in the amount $5080.00 for professional fees and reimbursement of $292.22 for expenses, resulting in a total award requested of $5,372.22, for professional time for services rendered and (ii) subsequently granting final approval of all fees and expenses as awarded to Applicant, Applicant also requests such other and further relief, both at law and in equity, as this Court deems just and proper.

Dated: December 14 2016.

Respectfully submitted,

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Fax
rosherow@hotmail.com

Randolph N. Osherow
Exhibit 2
342 West Woodlawn, Suite 100
San Antonio, TX 78212

December 13, 2016

Olmos Equipment, Inc. -RN Osherow,
Examiner
Case No. 16-51834-CAG
c/o 342 West Woodlawn Avenue, suite 100
San Antonio TX 78212

Invoice #10025

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/2/2016 | R250 | Draft and file November 2016 case status report submitted by Chapter 11 Examiner. | 1.00 250.00/hr | 250.00 |
| 11/3/2016 | R250 | Telephone conference with creditor/Pullman client. Discuss case. | 0.30 250.00/hr | 75.00 |
|  | R250 | Review docketed November 2016 case status report. Dkt #140 | 0.30 250.00/hr | 75.00 |
| 11/4/2016 | R250 | Review email from Ryan Reed. | 0.30 250.00/hr | 75.00 |
|  | R250 | Draft email to Ryan Reed. | 0.20 250.00/hr | 50.00 |
|  | R250 | Review docket in the case. | 0.20 250.00/hr | 50.00 |



Olmos Equipment, Inc. -RN Osherow, Examiner

Page 2

| Date | Code | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/10/2016 | R250 | Review signed order granting motion to enter into subcontract. Xtreme Site Services, dkt 144. | 0.30 250.00/hr | 75.00 |
| 11/11/2016 | R250 | Review signed third interim order authorizing use of cash collateral. dkt 145. | 0.20 250.00/hr | 50.00 |
| | R250 | Review signed fourth interim order authorizing use of cash collateral. dkt 146. | 0.20 250.00/hr | 50.00 |
| | R250 | Review signed order granting IPFS Relief from stay. dkt 149 | 0.20 250.00/hr | 50.00 |
| | R250 | Review signed order authorizing use of cash collateral. dkt 148 | 0.30 250.00/hr | 75.00 |
| | R250 | Review signed fifth interim order authorizing use of cash collateral. dkt 147 | 0.20 250.00/hr | 50.00 |
| 11/14/2016 | R250 | Draft email to Larry Strutthoff. | 0.30 250.00/hr | 75.00 |
| | R250 | Office conference with Greg Murray. Discuss taxes and reports. | 0.30 250.00/hr | 75.00 |
| 11/15/2016 | R250 | Review email from Thomas Rice. | 0.10 250.00/hr | 25.00 |
| | R250 | Draft email to Thomas Rice. | 0.10 250.00/hr | 25.00 |

Olmos Equipment, Inc. -RN Osherow, Examiner                                                  Page 3

|            |      |                                                                                  | Hrs/Rate          | Amount |
|------------|------|----------------------------------------------------------------------------------|-------------------|--------|
| 11/15/2016 | R250 | Draft email to Robert Barrows.                                                   | 0.20 250.00/hr    | 50.00  |
|            | R250 | Draft email to Tom Rice.                                                         | 0.20 250.00/hr    | 50.00  |
|            | R250 | Review financial reports in the case.                                            | 1.50 250.00/hr    | 375.00 |
|            | R250 | Draft email to Thomas Rice.                                                      | 0.20 250.00/hr    | 50.00  |
| 11/16/2016 | R250 | Review proof of claim filed by PPFS docket 23.                                   | 0.20 250.00/hr    | 50.00  |
| 11/18/2016 | R250 | Draft 2nd Interim Application of Examiners Compensation and reimbursement of expenses. | 0.30 250.00/hr | 75.00  |
| 11/24/2016 | R250 | Review motion for relief from stay. Re: Fuquay.                                  | 0.30 250.00/hr    | 75.00  |
| 11/25/2016 | R250 | Draft email to Larry Struthoff.                                                  | 0.30 250.00/hr    | 75.00  |
| 11/26/2016 | R250 | Review email from Larry Struthoff.                                               | 0.20 250.00/hr    | 50.00  |
| 11/28/2016 | R250 | Telephone conference with US Trustee.                                            | 0.20 250.00/hr    | 50.00  |
|            | R250 | Review email from Larry Struthoff w attachment.                                  | 0.40 250.00/hr    | 100.00 |
| 11/29/2016 | R250 | Review objection by official committee unsecured creditors to Olmos' disclosure statement. | 0.30 250.00/hr | 75.00  |

```
Olmos Equipment, Inc. -RN Osherow,                              Page    4
Examiner
                                              Hrs/Rate          Amount
```

| Date | Code | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/29/2016 | R250 | Review email from Larry Struthoff and file same. | 0.30 250.00/hr | 75.00 |
| | R250 | Draft email to Larry Struthoff. | 0.10 250.00/hr | 25.00 |
| | R250 | Draft email to Larry Struthoff. | 0.20 250.00/hr | 50.00 |
| | R250 | Draft email to Larry Struthoff. | 0.30 250.00/hr | 75.00 |
| | R250 | Draft email to Larry Struthoff. | 0.20 250.00/hr | 50.00 |
| | R250 | Review US Trustee Objection to Disclosure Statement of Debtor. | 0.30 250.00/hr | 75.00 |
| | R250 | Review objection by Jim Weynand for Olmos Plan of Reorganization. | 0.40 250.00/hr | 100.00 |
| | R250 | Review notice of hearing and calendar. Re: 12/19/16 9 am. Re: Relief from stay Fuquay. | 0.30 250.00/hr | 75.00 |
| | R250 | Draft email to Larry Struthoff. | 0.30 250.00/hr | 75.00 |
| | R250 | Review email from Larry Struthoff. | 0.30 250.00/hr | 75.00 |
| 11/30/2016 | R250 | Review signed Order authorizing employment of Greg Murray. | 0.20 250.00/hr | 50.00 |
| | R250 | Review email from Bill Kingman. | 0.10 250.00/hr | 25.00 |

Olmos Equipment, Inc. -RN Osherow, Examiner                                    Page    5

|            |      |                                                                  | Hrs/Rate         | Amount    |
|------------|------|------------------------------------------------------------------|------------------|-----------|
| 11/30/2016 | R250 | Review email from Robert Barrows.                                | 0.20 250.00/hr   | 50.00     |
|            | R250 | Draft email to Bill Kingman.                                     | 0.10 250.00/hr   | 25.00     |
|            | R250 | Draft email to Robert Barrows.                                   | 0.10 250.00/hr   | 25.00     |
|            | R250 | Draft email to Bill Kingman.                                     | 0.20 250.00/hr   | 50.00     |
|            | R250 | Review notice of hearing on approval of disclosure statement.    | 0.20 250.00/hr   | 50.00     |
|            | R250 | Review signed order authorizing employment of account. Dkt #152  | 250.00/hr        | NO CHARGE |
|            | R250 | Draft email to Bill Kingman.                                     | 0.20 250.00/hr   | 50.00     |
| 12/2/2016  | R250 | Draft December 2016 status report.                               | 0.30 250.00/hr   | 75.00     |
|            | R250 | Review claim 31 filed by The Cleanings Guys, LLC.                | 0.20 250.00/hr   | 50.00     |
| 12/5/2016  | R250 | Review email from Ryan Reed.                                     | 0.20 250.00/hr   | 50.00     |
|            | R250 | Draft email to Larry Struthoff.                                  | 0.20 250.00/hr   | 50.00     |
|            | R250 | Draft email to Ryan Reed.                                        | 0.20 250.00/hr   | 50.00     |
| 12/6/2016  | R250 | Draft email to Robert Barrows.                                   | 0.20 250.00/hr   | 50.00     |

| Olmos Equipment, Inc. -RN Osherow, Examiner | | | | Page 6 |
|---|---|---|---|---|
| | | | Hrs/Rate | Amount |
| 12/6/2016 | R250 | Draft email to Robert Barrows. | 0.20 250.00/hr | 50.00 |
| | R250 | Draft email to Ryan Reed. | 0.20 250.00/hr | 50.00 |
| | R250 | Draft email to Ryan Reed w attachment. | 0.20 250.00/hr | 50.00 |
| | R250 | Review email from Larry Struthoff. | 0.30 250.00/hr | 75.00 |
| | R250 | Review email from Larry Struthoff. | 0.30 250.00/hr | 75.00 |
| | R250 | Review claim 37 filed by Guardian Life Ins. | 0.20 250.00/hr | 50.00 |
| 12/7/2016 | R250 | Review claim 32 filed by Holt Texas LTD. | 0.20 250.00/hr | 50.00 |
| | R250 | Review claim 33 filed by Deere Credit, Inc. | 0.20 250.00/hr | 50.00 |
| | R250 | Review signed Order approving examiner's application to allow examiner to submit interim fee application every 30 days. | 0.20 250.00/hr | 50.00 |
| | R250 | Review claim 34 filed by Jim Weynand. | 0.20 250.00/hr | 50.00 |
| | R250 | Review claim 35 filed by Davis Cedillo & Mendoza, Inc.. | 0.20 250.00/hr | 50.00 |
| | R250 | Review claim 36 filed by Holt Texas Ltd. | 0.20 250.00/hr | 50.00 |

| Olmos Equipment, Inc. -RN Osherow, Examiner | | | | Page 7 |
|---|---|---|---|---|
| | | | Hrs/Rate | Amount |
| 12/7/2016 | R250 | Review notice of continued hearing on debtor's disclosure statement. Calendar. | 0.30 250.00/hr | 75.00 |
| | R250 | Review signed Order Awarding Examiner fees-2nd interim application. | 0.12 250.00/hr | 30.00 |
| | R250 | Review amended certificate of service. Filed by Bill Kingman. Continue Dec 7 hearing. | 0.10 250.00/hr | 25.00 |
| | R250 | Review signed order granting unopposed motion to continue Dec 7 hearing. | 0.20 250.00/hr | 50.00 |
| | R250 | Review unopposed motion to continue December 7 hearing on disclosure statement. | 0.20 250.00/hr | 50.00 |
| | R250 | Review Olmos Equipment, Inc.'s response to Fuquay, Inc.'s Motion for Relief from Stay. | 0.20 250.00/hr | 50.00 |
| | R250 | Telephone conference with creditor in the case. Have his attorney call me. | 0.30 250.00/hr | 75.00 |
| 12/8/2016 | R250 | Review claim 39 filed by Office of Attorney General. | 0.20 250.00/hr | 50.00 |
| | R250 | Review claim 40 filed by City of Cibolo. | 0.20 250.00/hr | 50.00 |

| Olmos Equipment, Inc. -RN Osherow, Examiner | | | | Page 8 |
|---|---|---|---|---|
| | | | Hrs/Rate | Amount |
| 12/8/2016 | R250 | Review claim 38 filed by APAC-Texas, Inc. | 0.20 250.00/hr | 50.00 |
| 12/12/2016 | R250 | Review claim 41 filed by CPS Energy. | 0.20 250.00/hr | 50.00 |
| | R250 | Review claim 42 filed by Wells Fargo Financial Leasing, Inc. | 0.20 250.00/hr | 50.00 |
| | R250 | Review claim 43 filed by United Site Services. | 0.20 250.00/hr | 50.00 |
| | R250 | Review claim 44 filed by City of San Antonio, SAFD. | 0.20 250.00/hr | 50.00 |
| | R250 | Review claim 45 filed by Caterpillar Financial Commercial Account Corp. | 0.20 250.00/hr | 50.00 |
| | R250 | Review claim 46 filed by Olmos Contracting I, LLC. | 0.20 250.00/hr | 50.00 |
| | R250 | Review claim 47 filed by Larry Struthoff. | 0.20 250.00/hr | 50.00 |
| | R250 | Review claim 48 filed by Olmos Companies I LLC. | 0.20 250.00/hr | 50.00 |
| | | For professional services rendered | 20.32 | $5,080.00 |

Additional charges:

| 10/6/2016 | Copying cost in regards to interim application of examiner for compensation and reimbursement expenses. | 27.30 |
|---|---|---|
| | Postage expense in regards to interim application of examiner for compensation and reimbursement expenses. | 23.72 |

Olmos Equipment, Inc. -RN Osherow, Examiner                                   Page    9

                                                                              Amount

| Date | Description | Amount |
|---|---|---|
| 10/6/2016 | Miscellaneous expense for 4 envelopes in regards to interim application of examiner for compensation and reimbursement expenses. | 0.60 |
| 11/2/2016 | Copying cost in regards to November 2016 status report. | 41.70 |
|  | Postage expense in regards to November 2016 status report. | 23.25 |
| 11/8/2016 | Postage expense in regards to 2nd interim fee application/examiner. | 23.25 |
|  | Copying cost in regards to application to allow examiner to submit interim fee application every 30 days. | 17.70 |
|  | Postage expense in regards to application to allow examiner to submit interim fee application every 30 days. | 23.25 |
|  | Copying cost in regards to 2nd interim fee application/examiner. | 68.40 |
| 12/5/2016 | Postage expense in regards to December 2016 status report. | 23.25 |
|  | Copying cost in regards to December 2016 status report. | 19.80 |

                       Total costs                                            $292.22

                       Total amount of this bill                            $5,372.22

                              Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Randolph N. Osherow | 20.32 | 250.00 | $5,080.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-51834-cag |
| OLMOS EQUIPMENT, INC, | § | |
| DEBTOR | § | CHAPTER 11 PROCEEDING |

### ORDER AWARDING $5,372.22 TO RANDOLPH N. OSHEROW, CHAPTER 11 EXAMINER IN REGARDS TO 3rd INTERIM FEE APPLICATION

On the day this Order was signed, came for consideration the Examiner's 3rd Application for Interim Distribution of compensation in the amount $5080.00 for professional fees and reimbursement of $292.22 for expenses, resulting in a total award requested of $5,372.22. The Court, having reviewed the Application, finds that it has merit and should be granted. It is, therefore,

ORDERED, ADJUDGED, and DECREED that Debtor in Possession is authorized to pay $5,372.22 to RANDOLPH N. OSHEROW, for professional time for services rendered from 10/6/2016 to 12/12/2016, for compensation in the amount $5080.00 for professional fees and reimbursement of $292.22 for expenses, resulting in a total award requested of $5,372.22, from the special account set up to pay Examiner, as a Chapter 11 administrative expense.

###

Ex "B"

Randolph N. Osherow, Chapter 11 Examiner
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Fax
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-51834-cag |
| OLMOS EQUIPMENT, INC, | § | |
| DEBTOR | § | CHAPTER 11 PROCEEDING |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in accordance with the court's ECF system and mailed to the parties listed below via United States first class mail, postage prepaid, on the December 14th, 2016.

**Olmos Equipment Inc.**
PO Box 769020
San Antonio, TX 78245
**Debtor(s)**

US Trustee
PO Box 1539
San Antonio, TX 78295

**William B. Kingman**
4040 Broadway, Suite 350
San Antonio, TX 78209
**Counsel for Debtor(s)**

SEE ATTACHED MATRIX FOR LIST OF ALL INTERESTED PARTIES NOTICED.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
342 West Woodlawn, Suite 100
San Antonio, Texas 78212

| | | |
|---|---|---|
| Attorney General of U.S.<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101 | U.S. Attorney<br>Attn: BKCY Dept<br>601 NW Loop 410, Suite 600<br>San Antonio, TX 78216 |
| Texas Comptr of Public Accts<br>P.O. Box 13528<br>Austin, TX 78711-3528 | Texas Railroad Commission<br>Enforcement Division<br>Office of General Counsel<br>P.O. Box 12967<br>Austin, TX 78711 | Bexar County Tax A/C<br>P.O. Box 839950<br>San Antonio, TX 78283-3950 |
| Caterpillar Financial<br>2120 West End Avenue<br>PO Box 340001<br>Nashville, TN 37203 | Frost Bank<br>100 W. Houston<br>San Antonio, TX 78205 | James C. Weynand<br>c/o JTJB Enterprises<br>610 E. Market St., #3216<br>San Antonio, TX 78205-2740 |
| Davis, Cedillo & Mendoza, Inc.<br>755 E. Mulberry Ave., #500<br>San Antonio, TX 78212 | Internal Revenue Service<br>8700 Tesoro Drive<br>STOP 5340 SANC<br>San Antonio, TX 78217-6207 | Holt CAT<br>19565 South W.W. White Rd.<br>San Antonio, TX 78222 |
| John Deere Financial Leasing Dept.<br>PO Box 6600<br>Johnston, IA 50131-6600 | Fuquay, Inc.<br>PO Box 310946<br>New Braunfels, TX 78131-0946 | Pipelayers, Inc.<br>7580 Grissom<br>San Antonio, TX 78251 |
| John C. Chunn<br>PO Box 396<br>1510 Avenue M, Ste. 102<br>Honda, TX 78861 | Martin Marietta Materials, Inc.<br>5710 W. Hausman Rd., #121<br>San Antonio, TX 78219 | Liberty Mutual Insurance<br>PO Box 8017<br>Wausau, WI 54402-8017 |
| Texas Workforce Commission<br>101 E. 15th St.<br>Austin, TX 78778 | Legal Concierge, Inc.<br>3975 McCreary Rd.<br>Allen, TX 75002 | Lone Star Paving<br>11675 Jollyville, Ste. 150<br>Austin, TX 78759 |
| National Funding – Wall Funding<br>9820 Towne Center Dr., Ste. 200<br>San Diego, CA 92121 | Carlos Villareal Construction<br>9914 Tezel Rd.<br>San Antonio, TX 78254 | IBTX Risk Services<br>10101 Reunion Place, Ste. 100<br>San Antonio, TX 78260 |
| Cribley Enterprises, Inc.<br>12019 Nacogdoches Rd.<br>San Antonio, TX 78217 | SA Quality Fence, Ltd.<br>13115 Wetmore Rd.<br>San Antonio, TX 78247 | Bethany F. Thompson<br>Thomas J. Walthall<br>Gardner Law<br>745 East Mulberry Ave., Ste. 500<br>San Antonio, TX 78212 |
| Embrey Builders, LLC<br>c/o Gardner Law<br>745 East Mulberry Ave., Ste. 500<br>San Antonio, TX 78212 | APAC-Texas, Inc.<br>c/o Gardner Law<br>745 East Mulberry Ave., Ste. 500<br>San Antonio, TX 78212 | Robert L. Barrows<br>Warren, Drugan & Barrows, P.C.<br>800 Broadway<br>San Antonio, TX 78215 |

Randall A. Pulman & Thomas Rice &
Ryan C. Reed
Pulman, Cappuccio, Pullen, Benson
& Jones, LLP
2161 NW Military Hwy., Ste. 400
San Antonio, TX 78213

Don Stecker
Linebarger Goggan Blair &
Sampson, LLP
711 Navarro St., Ste. 300
San Antonio, TX 78205

Attn: Gary W. Wright
United States Attorney for the
Western District of Texas
601 NW Loop 410, Ste. 600
San Antonio, TX 78216

Albert Uresti, M. P.A.
Bexar County Tax Assessor
233 N. Pecos La Trinidad
Viste Verde Bldg, 2nd Floor
San Antonio, TX 78207

Jay W. Hurst
Assistant Attorney General
Bankruptcy & Collection Division
PO Box 12548
Austin, TX 78711-2548

Lisa M. Norman
Andrew Myers, P.C.
3900 Essex Lane, Suite 800
Houston, TX 77027-5198

Calvin L. Cowan
Sanderford & Carroll, P.C.
210 Birdcreek Dr.
Temple, TX 76502

Keith P. Miller
Law Offices of Keith P. Miller, P.C.
14350 Northbrook Dr., Ste, 150
San Antonio, TX 78232

Michael L. Davis
14350 Northbrook Dr., Ste. 150
San Antonio, TX 78232

Ed Phillips, Jr.
E. Phillips Legal, P.C.
215 W. Bandera, Ste. 476-114
Boerne, TX 78006

John M. Castillo
Farrimond Castillo & Bresnahan, P.C.
130 E. Travis St., Ste. 350
San Antonio, TX 78205

Beth Horton
Caterpillar Financial Services Corp.
2120 West End Avenue
Nashville, TN 37203

Frank J. Wright
Coats Rose, P.C.
14755 Preston Rd., Ste. 600
Dallas, TX 75254

Ally Financial
Payment Processing Center
PO Box 78234
Phoenix, AZ 85062

De Lage Landen Financial Svcs
PO Box 41602
Philadelphia, PA 19101

Financial Pacific Leasing, Inc.
PO Bix 4568
Federal Way, WA 98063

Wells Fargo Financial Leasing
#901363999
PO Box 105743
Atlanta, GA 300348